Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim for the Death of PETER H. ARMANET, Made under the Workmen's Compensation Law by His Widow, LILLIAN ARMANET, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Employer and Self-Insurer, Appellant.— Award unanimously affirmed, with costs.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of AUGUST OEHLBECK, Respondent, for Compensation under the Workmen's Compensation Law, v. KARLE LITHOGRAPHIC COMPANY, Employer, and AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed, with costs.

In the Matter of the Final Judicial Settlement of the Accounts of EDWARD H. O'CONNOR, Executor, etc., of PHILIP O'CONNOR, Deceased. EDWARD H. O'CONNOR, as Executor, etc., Appellant; IDA BULGER, Respondent.— Decree unanimously affirmed, with costs.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of MIKE NAGORNEY, Respondent, for Compensation to Himself under the Workmen's Compensation Law, v. SAM SOFFER and MORRIS NOTOWITZ, Copartners, Doing Business as SOFFER & NOTOWITZ, and MARYLAND CASUALTY COMPANY, Appellants.— Award reversed and matter remitted to the State Industrial Board, with costs to the appellants against the Board to abide the event, on the ground that there is no legal evidence as to the extent of the loss of use of the finger for which the award was made. All concur.

NATIONAL AUTOMOBILE MUTUAL CASUALTY COMPANY, Relator, v. JESSE S. PHILLIPS, Superintendent of Insurance of the State of New York, Respondent.— Motion denied.

J. VAN VECHTEN OLCOTT, as Receiver in Bankruptcy of the FERGUSON CONTRACTING COMPANY, Respondent, v. THE STATE OF NEW YORK, Appellant.— Motion of the defendant granted on condition that the State pay one-half the printing costs, including volume 4 which the State asks to have made part of the record; otherwise, motion is denied. Motion to dismiss appeal denied provided the State complies with the condition and decision of the former motion.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GORHAM MANUFACTURING